## HARDEN v. THE STATE.

HUTCHESON, Justice. 1. The alleged newly discovered evidence set out in the only special ground of the motion for new trial is not such as would probably produce a different result on another trial of the case.
2. The evidence was sufficient to authorize the verdict, and the court did not err in overruling the motion for new trial.

*Judgment affirmed. All the Justices concur, except Beck, P. J., and Bell, J., absent because of illness.*

No. 11903. SEPTEMBER 15, 1937.

*C. E. Anderson,* for plaintiff in error.

*M. J. Yeomans, attorney-general, W. G. Neville, solicitor-general, Ellis G. Arnall,* and *E. J. Clower,* contra.